# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Ja-Co Foods, Inc.**                                                              Case No.  **09-16017**
                              Debtor(s)                                                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ja-Co Foods, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 25, 2009**                                         **/s/ Craig M. Geno**
Date                                                          **Craig M. Geno 4793**
                                                              Signature of Attorney or Litigant
                                                              Counsel for  **Ja-Co Foods, Inc.**
                                                              **Harris Jernigan & Geno, PLLC**
                                                              **587 Highland Colony Parkway (39157)**
                                                              **P. O. Box 3380**
                                                              **Ridgeland, MS 39158-3380**
                                                              **601-427-0048 Fax:601-427-0050**