B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Ja-Co Foods, Inc.**                               Case No. **09-16017-DWH**

                                    Debtor

Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 518,915.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 714,513.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 652,116.22 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 417,939.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 518,915.46 | | |
| | | | Total Liabilities | 1,784,569.27 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  Ja-Co Foods, Inc.  
_____,  
Debtor

Case No. __09-16017-DWH__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   Ja-Co Foods, Inc.                                              ,   Case No.   __09-16017-DWH__
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property                (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Ja-Co Foods, Inc.**                                                              Case No.  __**09-16017-DWH**__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash at Office & 11 Sonic restaurants ($3,551.87)**<br><br>NOTE: MARKET VALUE INCLUDED IN RESPONSE TO QUESTION 2. | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attachment** | - | 134,670.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                       Sub-Total >       **134,670.46**
                                                                                     (Total of this page)

__**2**__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ja-Co Foods, Inc.**                                                     ,   Case No.   **09-16017-DWH**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Income from Credit Card Purchases (Amex, Mastercard, Visa, Discover, and Debit Cards) | - | 7,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                     Sub-Total >         **7,500.00**
                                                                                  (Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ja-Co Foods, Inc.**   ,  Case No. __09-16017-DWH__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, Chairs, Phone System, Safe, File Cabinets, Computers, etc.** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Ordermatic Systems, Cooking, Heating & Holding Equipment; See Attachment for details by location** | - | 285,000.00 |
| 30. Inventory. | | **Food, Paper Goods; See Attachment for breakdown by location** | - | 81,745.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 376,745.00 |
| Total > | 518,915.46 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Monthly Inventory Reporting and Transfers
Month    OCTOBER 2009

| Store | Beg Food | End Food | Food Inv Change | Beg Paper | End Paper |
|---|---|---|---|---|---|
| Columbus* | $5,783 | $6,922 | -$1,139 | $1,339 | $1,192 |
| Starkville # 1 | $6,057 | $6,569 | -$512 | $1,657 | $1,727 |
| Tupelo # 1 | $4,352 | $4,272 | $80 | $1,295 | $1,244 |
| West Point | $6,345 | $6,801 | -$456 | $1,447 | $1,431 |
| Aberdeen* | $5,616 | $5,964 | -$348 | $1,580 | $995 |
| Starkville # 2* | $6,894 | $8,324 | -$1,430 | $1,215 | $1,500 |
| Vernon | $4,510 | $4,788 | -$278 | $1,665 | $1,141 |
| Tupelo # 2 | $5,317 | $5,729 | -$411 | $1,260 | $1,367 |
| Fulton | $5,401 | $5,321 | $80 | $1,564 | $999 |
| Belmont | $4,322 | $4,927 | -$605 | $1,301 | $1,298 |
| Ripley | $7,749 | $7,634 | $115 | $1,633 | $1,600 |

*$67,251*   *-$81,745*   *$14,444*

Positive Change is a Charge  (Inventory went **DOWN** this month)
Negative Change is a Credit  (Inventory went **UP** this month)

12/2/2009

1:14 PM  
12/04/09  
Accrual Basis  

**Jaco Foods, Inc.**  
**Balance Sheet**  
**As of November 16, 2009**

Cash on hand (petty, ch & savings)          Nov 16, 09

| | Nov 16, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Checking - Operating Account | 2,792.97 |
| 1008 · Vernon BOV - 173715801 | 4,114.55 |
| 1010 · Fulton BCS - 60359445 | 50.00 |
| 1011 · Belmont FANB - 9183515 | 5,802.80 |
| 1012 · Ripley Peoples Bk - 312274 | 12.16 |
| 1015 · Eupora AMEX RBC - 5270029631 | 197.39 |
| 1026 · Construction BCS 53742169 | -9,838.89 |
| 1050 · Payroll BCS - 60468899 | 72.67 |
| 1055 · Franchise BCS - 60468964 | 1,762.84 |
| 1080 · Petty Cash (Ja-Co home office) | 251.87 |
| 1080 - Petty Cash (all 11 stores) | 3,300.00 |
| 1081 · Columbus Reg- 0090461126 | 10,516.08 |
| 1082 · Starkville #1 Reg - 0090460650 | 9,772.16 |
| 1083 · Tupelo 1 Reg - 0090460677 | 4,391.34 |
| 1084 · WestPoint Reg - 0090460685 | 8,433.73 |
| 1085 · Starkville 2 Reg - 0090460669 | 14,081.64 |
| 1086 · Tupelo 2 Reg - 0090461223 | 7,889.33 |
| 1087 · Ripley Reg - 0090460847 | 3,956.96 |
| 1088 · Operating Regions - 0090460863 | -40,894.47 |
| 1089 · Payroll Regions - 0090460855 | 95,334.90 |
| 1090 · Aberdeen Renasant - 1000020095 | 5,729.81 |
| 1092 · Fulton Trustmark - 8800100750 | 6,940.61 |
| 1096 · Royalties -Debtor Reg#009046089 | 0.01 |
| **Total Checking/Savings** | 134,670.46 |

| STORES | AMOUNTS | DESCRIPTION (FIXTURES & EQUIPMENT) |
|---|---|---|
| ABERDEEN | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| COLUMBUS | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| FULTON | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| STARKVILLE #1 | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| STARKVILLE #2 | $ 35,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| TUPELO #1 | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| TUPELO #2 | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| WEST POINT | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| BELMONT | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| RIPLEY | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| VERNON | $ 25,000.00 | ORDERMATIC SYSTEMS, ALL COOKING, HEATING & HOLDING EQUIPMENT |
| | $ 285,000.00 | |

B6D (Official Form 6D) (12/07)

In re  Ja-Co Foods, Inc. ,                                              Case No. 09-16017-DWH
                             Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5888 **Bank of Vernon** 44825 Hwy. 17 Vernon, AL 35592 | X | - | 01/24/08 **Equipment formerly located at Sonics in Hiram, Cumming, Canton & Gainesville, GA** Value $  15,000.00 | | | | 98,340.53 | 83,340.53 |
| Account No. 5889 **Bank of Vernon** 44825 Hwy. 17 Vernon, AL 35592 | X | - | 10/31/08 **Equipment formerly located at Sonic in Russellville, AL** Value $  15,000.00 | | | | 27,607.35 | 12,607.35 |
| Account No. 0779 **Bank of Vernon** 44825 Hwy. 17 Vernon, AL 35592 | X | - | 10/08/09 **Line of credit secured by Pays System** **NEED VALUE** Value $  200,000.00 | | | | 341,000.00 | 141,000.00 |
| Account No. 3348 **BankFirst Financial Services** P. O. Box 1248 Columbus, MS 39703 | X | - | 07/16/08 **Equipment located at, but not limited to, 913 Hwy. 12 W, Starkville, Oktibbeha Co., MS** Value $  35,000.00 | | | | 206,822.21 | 171,822.21 |
|   1   continuation sheets attached | | | Subtotal (Total of this page) | | | | 673,770.09 | 408,770.09 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Ja-Co Foods, Inc.  
                    Debtor

Case No. __09-16017-DWH__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1936 Citizens National Bank P. O. Box 9669 Columbus, MS 39705 | X | - | 06/09/06 Equipment at Sonic restaurant #1, located at 1197 South Gloster, Tupelo, Lee Co., MS  Value $ 25,000.00 | | | | 14,286.52 | 0.00 |
| Account No. 3796 Peoples Bank 103 E. Washington St. Aberdeen, MS 39730 | X | - | 02/14/03 All fixtures & equipment, all chattel paper or accounts arising from the sale or lease of inventory located at 808 Chestnut St., Aberdeen, Monroe Co., MS  Value $ 25,000.00 | | | | 26,456.87 | 1,456.87 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 40,743.39 | 1,456.87
Total (Report on Summary of Schedules) | 714,513.48 | 410,226.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  
Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  Ja-Co Foods, Inc._____,    Case No. __09-16017-DWH_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____7____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ja-Co Foods, Inc.**                                         Case No. __09-16017-DWH__
                                       Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Alabama Dept. of Industrial Relations <br> Unemployment Compensation Division <br> 649 Monroe St., Rm. 4207 <br> Montgomery, AL 36131 | | - | 2008 & 2009 <br> Unemployment Taxes ('08 - $3,681.14; '09 - $5,084.89) | | | | 8,766.03 | 0.00 | 8,766.03 |
| Account No. <br> Alabama Dept. of Industrial Relations <br> Unemployment Compensation Division <br> 649 Monroe St., Rm. 4207 <br> Montgomery, AL 36131 | | - | 2008 & 2009 <br> Employment Security Assessment ('08 - $152.21; '09 - $227.72) | | | | 379.93 | 0.00 | 379.93 |
| Account No. <br> Alabama Dept. of Revenue <br> P. O. Box 2467 <br> Tuscaloosa, AL 35403-2467 | | - | Sales Tax for Vernon Store #3321 | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> Alabama Dept. of Revenue <br> P. O. Box 2467 <br> Tuscaloosa, AL 35403-2467 | | - | 2009 <br> Withholding Taxes | | | | 6,851.21 | 0.00 | 6,851.21 |
| Account No. 6106 <br> City of Aberdeen <br> Att'n: City Clerk <br> 125 W. Commerce St. <br> Aberdeen, MS 39730 | | - | 2008 <br> Personal Property Taxes on personal property located in Aberdeen, MS | | | | 3,278.43 | 0.00 | 3,278.43 |
| Sheet _1_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 19,275.60 | 0.00 | 19,275.60 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ja-Co Foods, Inc.**                                    Case No. __**09-16017-DWH**__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0101<br><br>City of Eupora<br>Att'n: City Clerk<br>390 Clark Ave<br>Eupora, MS 39744 | | - | 2008<br><br>Personal Property Taxes on personal property located at 600 Veterans Memorial Blvd. S, Eupora, MS | | | | 357.03 | 0.00 | 357.03 |
| Account No. 4300<br><br>City of West Point<br>Att'n: Rita Mattix<br>P. O. Box 1117<br>West Point, MS 39773 | | - | 2008<br><br>Personal Property Taxes on personal property located in West Point, MS | | | | 418.23 | 0.00 | 418.23 |
| Account No. 6700<br><br>Clay Co. Tax Collector<br>Att'n: Teretha Rupert<br>P. O. Box 795<br>West Point, MS 39773 | | - | 2008<br><br>Personal Property Taxes on personal property located in West Point, MS | | | | 210.65 | 0.00 | 210.65 |
| Account No.<br><br>Georgia Dept. of Labor<br>P. O. Box 740234<br>Atlanta, GA 30374-0234 | | - | 2008<br><br>Unemployment Company Taxes | | | | 150.28 | 0.00 | 150.28 |
| Account No.<br><br>Georgia Dept. of Labor<br>P. O. Box 740234<br>Atlanta, GA 30374-0234 | | - | 2008<br><br>Administrative Assessment Taxes | | | | 60.12 | 0.00 | 60.12 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     1,196.31     0.00     1,196.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  Ja-Co Foods, Inc.                                    Case No.  09-16017-DWH
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Georgia Dept. of Revenue<br>Processing Center<br>P. O. Box 740387<br>Atlanta, GA 30374-0387 | | - | 2008<br><br>Withholding Taxes | | | | 231.15 | 0.00 | 231.15 |
| Account No.<br><br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | 2008 and 2009<br><br>Federal Withholding Taxes ('08 - $58,472.84; '09 - $55,266.00) | | | | 113,738.84 | 0.00 | 113,738.84 |
| Account No.<br><br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | 2008 & 2009<br><br>Medicare Employee Taxes ('08 - $14,726.08; '09 - $18,208.47) | | | | 32,934.84 | 0.00 | 32,934.84 |
| Account No.<br><br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | 2008 & 2009<br><br>Social Security Employee Taxes ('08 - $62,965.51; '09 - $77,856.76) | | | | 140,822.27 | 0.00 | 140,822.27 |
| Account No.<br><br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | 2008 & 2009<br><br>Federal Unemployment Taxes ('08- $5,952.49; '09 - $8,389.18) | | | | 14,341.67 | 0.00 | 14,341.67 |

Sheet  3  of  7   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    302,068.77    0.00    302,068.77

B6E (Official Form 6E) (12/07) - Cont.

In re **Ja-Co Foods, Inc.**, Debtor

Case No. **09-16017-DWH**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | - | | 2008 & 2009<br>Medicare Company Taxes ('08 - $14,709.31; '09 - $18,208.47) | | | | 32,917.78 | 0.00 | 32,917.78 |
| Account No.<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | - | | 2008 & 2009<br>Social Security Company Taxes ('08 - $62,893.85; '09 - $77,818.56) | | | | 140,712.41 | 0.00 | 140,712.41 |
| Account No.<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | - | | 12/31/08<br>Late Payment Penalty - SDI Canton | | | | 180.69 | 0.00 | 180.69 |
| Account No.<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | - | | 12/31/08<br>Late Payment Penalty - SDI Gainesville | | | | 180.69 | 0.00 | 180.69 |
| Account No.<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | - | | 12/31/08<br>Late Payment Penalty - Jacobsen of Georgia | | | | 180.69 | 0.00 | 180.69 |

Sheet **4** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 174,172.26 | 0.00 | 174,172.26

B6E (Official Form 6E) (12/07) - Cont.

In re  Ja-Co Foods, Inc.                                                    ,    Case No.  __09-16017-DWH__
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2131<br><br>Lee County Tax Collector<br>Att'n: Leroy E. Belk, Jr.<br>P. O. Box 271<br>Tupelo, MS 38802 | | - | 2008<br><br>Personal Property Taxes on personal property located in Tupelo, MS | | | | 1,137.42 | 0.00 | 1,137.42 |
| Account No. 4939<br><br>Lee County Tax Collector<br>Att'n: Leroy E. Belk, Jr.<br>P. O. Box 271<br>Tupelo, MS 38802 | | - | 2008<br><br>Personal Property Taxes on personal property located in Tupelo, MS | | | | 1,009.92 | 0.00 | 1,009.92 |
| Account No. 0104<br><br>Lowndes Co. Tax Collector<br>Att'n: Greg D. Andrews<br>P. O. Box 1077<br>Columbus, MS 39703 | | - | 2008<br><br>Personal Property Taxes on personal property located in Columbus, MS | | | | 428.61 | 0.00 | 428.61 |
| Account No. 787<br><br>Lowndes Co. Tax Collector<br>Att'n: Greg D. Andrews<br>P. O. Box 1077<br>Columbus, MS 39703 | | - | 2008<br><br>Personal Property Taxes on personal property located in Columbus, MS | | | | 5,222.15 | 0.00 | 5,222.15 |
| Account No. 6106<br><br>Monroe County Tax Collector<br>Att'n: Pat Birkholz<br>P. O. Box 684<br>Aberdeen, MS 39730 | | - | 2008<br><br>Personal Property Taxes on personal property located in Aberdeen, MS | | | | 1,956.51 | 0.00 | 1,956.51 |
| Sheet __5__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal<br>(Total of this page) | | | | 9,754.61 | 0.00 | 9,754.61 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ja-Co Foods, Inc.**  ,  Case No. __09-16017-DWH__
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MS Employment Security Commission<br>P. O. Box 22781<br>Jackson, MS 39225 | | - | 2008 & 2009<br><br>Unemployment Company Taxes ('08 - $5,116.05; '09 - $6,262.06) | | | | 11,378.11 | 0.00 | 11,378.11 |
| Account No.<br><br>MS Employment Security Commission<br>P. O. Box 22781<br>Jackson, MS 39225 | | - | 2008 & 2009<br><br>Training Contribution ('08 - $1,197.33; '09 - $2,092.40) | | | | 3,289.73 | 0.00 | 3,289.73 |
| Account No.<br><br>MS State Tax Commission<br>P. O. Box 960<br>Jackson, MS 39225-3075 | | - | Sales Tax | | | | 110,365.61 | 0.00 | 110,365.61 |
| Account No.<br><br>MS State Tax Commission<br>P. O. Box 23075<br>Jackson, MS 39225-3075 | | - | 2008 & 2009<br><br>Withholding Taxes ('08 - $848.00; '09 - $12,058.09) | | | | 12,906.09 | 0.00 | 12,906.09 |
| Account No. 747<br><br>Oktibbeha Co. Tax Collector<br>Att'n: Pat Kight<br>101 E. Main St.<br>Starkville, MS 39759 | | - | 2008<br><br>Personal Property Taxes on personal property located in Starkville, MS | | | | 1,113.66 | 0.00 | 1,113.66 |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  |  139,053.20  |  0.00  |  139,053.20

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ja-Co Foods, Inc.**                                                     ,        Case No. __09-16017-DWH__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 1936<br><br>Oktibbeha Co. Tax Collector<br>Att'n: Pat Kight<br>101 E. Main St.<br>Starkville, MS 39759 | | - | 2008<br><br>Personal Property Taxes on personal property located in Starkville, MS | | | | 1,394.99 | 0.00 | 1,394.99 |
| Account No.<br><br>Revenue Discovery Systems<br>Sales Tax Division<br>P. O. Box 830725<br>Birmingham, AL 35283-0725 | | - | Sales Tax for Vernon Store #3321 | | | | 2,484.00 | 0.00 | 2,484.00 |
| Account No. 3137<br><br>Tippah County Tax Collector<br>Att'n: Joe Larry Shackelford<br>102-C N. Main St.<br>Ripley, MS 38663 | | - | 2008<br><br>Personal Property Taxes on personal property located in Ripley, MS | | | | 1,683.39 | 0.00 | 1,683.39 |
| Account No. 1676<br><br>Tishomingo County Tax Collector<br>Att'n: Paul Whitlock<br>1008 Battleground Dr.<br>Iuka, MS 38852 | | - | 2008<br><br>Personal Property Taxes on personal property located in Belmont, MS | | | | 823.05 | 0.00 | 823.05 |
| Account No. 1676<br><br>Town of Belmont<br>Att'n: City Clerk<br>P. O. Box 489<br>Belmont, MS 38827-0489 | | - | 2008<br><br>Personal Property Taxes on personal property located in Belmont, MS | | | | 210.04 | 0.00 | 210.04 |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  6,595.47   0.00   6,595.47

Total
(Report on Summary of Schedules)  652,116.22   0.00   652,116.22