**CHAPTER 11 PROCEEDING MEMO**
**AND MINUTES OF §341 MEETING**
**DATE: December 14, 2009 @ 2:00 pm**

In re: JACO Foods, Inc.

                                              Case no. 09-16017
    Debtor(s)                                    Chapter 11

1. Name of attorney(s) for debtor(s): Craig M. Geno, Esq.
2. Has attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? _x___Yes _____No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? _____ Yes ___x__ No.

4. Appearances: ( ) Debtor(s)
   (X) Debtor(s) representative
   (x) Attorney(s) for debtor(s)
   (x) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for debtor(s)    (x) Creditors
   (x) UST designee              ( ) Others (specify below)

6. Debtor(s) required to _(See additional notes & comments.)

7. Fifth amendment invoked? _____ Yes _x__ No.

8. Meeting adjourned (x) Yes ( ) No. If no, meeting is continued to the _____ day of _____, 2009___, at _____ o'clock ___.m.

Additional notes and/or comments: Proof of insurance on equipment/fixtures & contents w/I 5 days; SOFA # 19(d) date last financial stmt issued; signature cards and voided checks for new DIP royalty acct w/I 10 days; Attachment V on prepetition accts that have been closed - written request to UST regarding prepetition credit card accouts to be provided immediately - amendments thirty days.


(Proceeding recorded)
Tape #_____ Side_____              */s/ Sammye S. Tharp*
Counter #_____                 Sammye S. Tharp
                                       Presiding Officer