# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     ERNIE LEE JACOBSEN AND
           DONNA JEAN JACOBSEN        CASE NO. 09-15667-DWH

IN RE:     JA-CO FOODS, INC.           CASE NO. 09-16017-DWH

## ORDER

THIS CAUSE having come on for consideration by the Court of the Motion for an Order

Pursuant to 11 U.S.C. §363 to Sell Certain Property of Debtors, Outside the Ordinary Course of

Business, Free and Clear of Liens, Claims and Interests With Liens, Claims and Interests Attaching

to Sale Proceeds and for Other Relief (Vernon, Ripley, Belmont & Russellville Properties)(the

"Motion") filed herein by Ernie Lee Jacobsen and Donna Jean Jacobsen and Ja-Co Foods, Inc.

(collectively, the "Debtors")(Docket #73 and Docket #39), and the Court having heard and

considered the request of counsel for the Debtors to reduce the persons and entities receiving notice

of a hearing in connection with the Motion, and the Court being fully advised in the premises, is of

the opinion that the Motion is well-taken and should be sustained. It is, accordingly,

ORDERED that the Motion, and the notices of hearing thereon, should be provided to the

Official Committee of Unsecured Creditors, all secured creditors, all taxing authorities, the United

States Trustee, and all persons or entities having entered an appearance herein.

SO ORDERED, this the _____13ᵗʰ_____ day of January, 2010.

HON. DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

Order Prepared and Presented By:

Craig M. Geno; MSB No. 4793
Jeffrey K. Tyree; MSB No. 9049
Melanie T. Vardaman; MSB No. 100392
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
P. O. Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile