IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
JA-CO FOODS, INC.
Debtor

CHAPTER 11
CASE NO. 09-16017-DWH

## ORDER

THIS CAUSE having come on to be heard on the Motion for Continuance [DK #142] filed herein by Ja-Co Foods, Inc. (the "Debtor") in connection with the hearing presently scheduled for 10:00 a.m. on Thursday, July 1, 2010, on the *Motion for Relief from the Automatic Stay and for Other Relief* [DK #137] (the "Motion") filed herein by BancorpSouth Bank (the "Movant"), and the Court being fully advised in the premises, finds that the Motion is well-taken and should be granted. It is, therefore,

ORDERED, that the hearing on the *Motion for Relief from the Automatic Stay and for Other Relief* [DK #137] filed herein by BancorpSouth Bank, which is currently scheduled for hearing at 10:00 a.m. on Thursday, July 1, 2010, in Aberdeen, Mississippi, is hereby continued and reset for **10:00 a.m.** on **Thursday, July 8, 2010**, at the Cochran U.S. Bankruptcy Courthouse in Aberdeen, Mississippi. It is, further,

ORDERED that the automatic stay under 11 U.S.C. §362 is hereby extended and is to remain in effect pending hearing by this Court.

SO ORDERED this, the _____ day of _____, 2010.

_____
DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

Craig M. Geno, Esq.- MSB No. 4793
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile

F:\Users\Bankrupt\Ja-Co - Jacobsens\Ja-Co\Pleadings\Order - Continue Hearing - BancorpSouth.wpd