IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     JA-CO FOODS, INC.                                    CHAPTER 11
           Debtor                                        CASE NO. 09-16017-DWH

## ORDER

THIS CAUSE having come on for consideration by the Court of the Motion *ore tenus* in connection with the *Motion for Authority to Assume Unexpired Lease* [DK # 140] (the "Motion") filed herein by Ja-Co Foods, Inc. (the "Debtor"), and the Court having heard and considered the request of counsel for the Debtors to reduce the persons and entities receiving notice of a hearing in connection with the Motion, and the Court being fully advised in the premises, is of the opinion that the Motion is well-taken and should be sustained. It is, accordingly,

ORDERED that the Motion, and the notices of hearing thereon, should be provided to the ten largest unsecured creditors, all secured creditors, all taxing authorities, the United States Trustee, and all persons or entities having entered an appearance herein.

SO ORDERED, this the ___18th___ day of June, 2010.

HON. DAVID W. HOUSTON, III
United States Bankruptcy Judge

Order Prepared and Presented By:

Craig M. Geno; MSB No. 4793
Jeffrey K. Tyree; MSB No. 9049
Melanie T. Vardaman; MSB No. 100392
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
P. O. Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile

F:\Users\Bankrupt\Ja-Co - Jacobsens\Ja-Co\Pleadings\Leases\Order Limiting Notice.wpd