UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:

JA-CO FOODS, INC.,                                    Case No. 09-16017-DWH
                                                      Chapter 11

            Debtor.

_____

**SONIC INDUSTRIES LLC'S OBJECTION TO
MOTION FOR AUTHORITY TO ASSUME UNEXPIRED LEASES**

_____

Sonic Industries LLC ("Sonic"), a party-in-interest in this case, objects to the Debtor's Motion for Authority to Assume Unexpired Leases (Dkt. No. 140; the "Motion"). As grounds for objection, Sonic states as follows:

1.  The Motion seeks authority to assume real estate leases referred to therein as "involving" the Sonic restaurant in Starkville, Mississippi.

2.  None of the subject leases are attached to the Motion. The Motion does not disclose the terms of the subject leases or even the parties thereto. Counsel for Sonic requested copies of the subject leases and additional written information but has not received anything.

3.  The Motion does not provide sufficient information for creditors and other parties in interest, or the Court, to determine whether assumption of the subject leases is in the best interest of creditors, the Debtors, or the estate, or whether assumption would be an appropriate exercise of business judgment.

4.  The Motion is untimely under 11 U.S.C. § 365(d)(4).

5.  All factual allegations of the Motion that are not expressly admitted in this Objection or that are inconsistent with the matters set forth in this Objection are denied, and proof of such allegations is required.

1

6. Other grounds for objection are reserved for the hearing on the Motion.

WHEREFORE, Sonic Industries LLC requests the Motion be denied.  Sonic also requests such other relief to which it may be entitled.

Respectfully submitted,

/s/ Paul A. Matthews

_____

PAUL A. MATTHEWS (TBPR No. 5591)
ROBERT K. ALVAREZ (MS Bar No. 1547)
Attorneys for Sonic Industries LLC
BOURLAND HEFLIN ALVAREZ MINOR & MATTHEWS, PLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119-3660
Telephone:     901-683-3526
Facsimile:     901-763-1037
E-Mail:        pmatthews@bhammlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July 2010, a copy of the foregoing was served via ECF upon the parties requesting notice and via U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Craig M. Geno, Esq. | U. S Trustee |
| Attorney for Debtor | Office of the U.S. Trustee |
| Harris Jernigan & Geno, PLLC | 100 West Capitol Street, Suite 706 |
| P.O. Box 3380 | Jackson, MS  39269 |
| Ridgeland, MS  39158-3380 | |

/s/ Paul A. Matthews

_____

H:\PAM\Clients\SONIC - JACO BR\Pleadings - non-pdf versoins\Objection 07-06-10.doc