IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE JA-CO FOODS, INC.                               NO. 09-16017-DWH
                                                      CHAPTER 11

AGREED ORDER WITHDRAWING
MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND FOR OTHER RELIEF

THIS DAY there came on to be heard before the Court the motion [Dkt. #137] of BancorpSouth Bank for relief from the automatic stay and for other relief and the Debtor's response [Dkt. #147] thereto. The parties have advised the Court that the issues raised in said motion and response have been addressed in an Agreed Order Providing for Adequate Protection of BancorpSouth entered in a related Chapter 11 case in this Court, In re Ernie Lee Jacobsen and Donna Jean Jacobsen, No. 09-15667-DWH [Dkt. #253 in that case] and that for that reason they desire for the said motion and response to be withdrawn without prejudice. It is therefore

ORDERED that the said motion and response are hereby withdrawn without prejudice.

SO ORDERED on this, the 20th day of July, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND AGREED AS TO
CONTENT AND FORM:

/s/ Craig M. Geno                    /s/ Les Alvis
CRAIG M. GENO                        LES ALVIS
Attorney for Debtors                 Attorney for BancorpSouth