# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Jaco Foods

CASE NUMBER: # 09 - 16017      For Period 7/1 to 7/31, 20 10

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparitive Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 08-09-10 (date)

Debtor(s)*: [signature]

By:**

Position: Accountant

Name of preparer: Robbie T. Honnoll

Telephone No. of Preparer (662) 328-5009

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   JA-CO FOODS, INC.                                    CHAPTER 11
         Debtor                                    CASE NO. 09-16017-DWH

## MONTHLY OPERATING REPORT FOR JULY, 2010

PLEASE TAKE NOTE that the above document is too voluminous to be filed electronically. The document can be viewed in its entirety at the Clerk's office.

This, the 12th day of August, 2010.

> Respectfully submitted,
>
> JA-CO FOODS, INC.
>
> By Its Attorneys,
> HARRIS JERNIGAN & GENO, PLLC
>
> By _____
>      Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jeffrey K. Tyree; MSB No. 9049
Melanie T. Vardaman; MSB No. 100392
Harris Jernigan & Geno, PLLC
587 Highland Colony Parkway (39157)
P. O. Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile
F:\Users\Bankrupt\Ja-Co - Jacobsens\Ja-Co\Pleadings\MORs\Attachment.07-10.wpd