## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    JA-CO FOODS, INC.                    CASE NO. 09-16017-DWH

### SECOND AGREED ORDER RESETTING HEARING

On consideration before the Court is the second joint ore tenus motion of RLM Sonic Properties, LLC ("RLM") and the debtor, JA-CO Foods, Inc., ("Debtor") to continue the August 12, 2010, hearing regarding *Motion for Authority to Assume Unexpired Lease* ("Motion") [DK #140], along with the RLM's Objection to same [DK #154] and other objections [DK#152 and #153] ("Objections"); the Court being fully advised in the premises does hereby find same to be well taken and further finds and adjudicates as follows, to-wit:

That the hearing regarding the Motion and Responses are hereby continued until **10:00 a.m. on September 29, 2010 at the Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, Mississippi.** Entry of this order does not constitute a violation or waiver of the Debtor's time for either assumption or rejection of non-residential real property leases as contemplated by 11 U.S.C. § 365, to which RLM consents.

SO ORDERED, this the 19th day of August, 2010.

HONORABLE DAVID W. HOUSTON, III
U.S. BANKRUPTCY COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

APPROVED AS TO FORM AND CONTENT:

/s/ Craig M. Geno
Craig M. Geno, Esquire
Melanie T. Vardaman, Esquire
Attorneys for Debtor

/s/ D. Andrew Phillips
D. Andrew Phillips, Esquire
Attorney for RLM Sonic Properties, LLC